Thomas W. Rumpke [Wyo. State Bar No.6-2974]
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1911
(307) 638-6211 Facsimile
trumpke@lglp.net

Attorney for Defendant Town of Thermopolis Police Department

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| DEBRA LARAMORE, as Wrongful Death Representative of BUCK MICHAEL LARAMORE (deceased), And BRANDI LARAMORE, an Individual, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil No.: 1:25-cv-00105 |
| TOWN OF THERMOPOLIS POLICE DEPARTMENT, and MICHAEL GUERRERO MASCORRO, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND

COMES NOW the Defendant, Town of Thermopolis Police Department, by and through their attorney, hereby file this Answer and Affirmative Defenses to Plaintiffs' Complaint.

## INTRODUCTION

1.      In response to the allegations contained in paragraph 1 of the Plaintiffs' Complaint, the Defendant admits that on April 28, 2023, Thermopolis Police Officer Michael Guerrero Mascorro shot Plaintiffs' decedent Buck Laramore, in which Laramore subsequently died. The Defendant denies the remaining allegations in paragraph 1 of the Plaintiffs' Complaint.

2.      In response to the allegations contained in paragraph 2 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies each and every allegation is accurately and fully set forth therein.

3.      In response to the allegations contained in paragraph 3 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies each and every allegation accurately and fully set forth therein.

4.      To the extent the allegations contained in paragraph 4 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required.  To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

## PARTIES AND JURISDICTION

5.      In response to the allegations contained in paragraph 5 of the Plaintiffs' Complaint, the Defendant incorporates by reference its responses to the preceding paragraphs.

6.      In response to the allegations contained in paragraph 6 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

7.      In response to the allegations contained in paragraph 7 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant admits the allegations contained therein.

8.      In response to the allegations contained in paragraph 8 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

9.      In response to the allegations contained in paragraph 9 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

10.    In response to the allegations contained in paragraph 10 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

11.    In response to the allegations contained in paragraph 11 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant admits that the Town of Thermopolis Police Department (Police Department) is a department of the Town of Thermopolis, which is a Municipal Corporation and "local government" entity pursuant to W.S. § 1-39-103(a)(ii).

12.    To the extent the allegations contained in paragraph 12 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required.  To the extent a response is required, the Defendant admits that Mascorro is a resident of the State of Wyoming and was a peace officer employed by the Thermopolis Police Department at the time of the incident. The remaining allegations contained in paragraph 12 of the Plaintiffs' Complaint are purportedly statements of law that do not require the Defendants to either admit or deny the same, but to the extent that the paragraph attempts to allege operative facts as opposed to conclusions of law, the Defendant denies each and every allegation contained therein.

13.     In response to the allegations contained in paragraph 13 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant admits this Court has federal question jurisdiction, but denies that Plaintiffs state any claim upon which relief may be granted.

14.     In response to the allegations contained in paragraph 14 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies each and every allegation is fully and accurately set forth therein.

15.     In response to the allegations contained in paragraph 15 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies each and every allegation contained therein and avers that Mascorro was acting within the course and scope of his duties as peace officer employed by the Town of Thermopolis

16.     In response to the allegations contained in paragraph 16 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required,

the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

17.    In response to the allegations contained in paragraph 17 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

18.    In response to the allegations contained in paragraph 18 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations are fully and accurately set forth therein.

19.    In response to the allegations contained in paragraph 19 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant admits the venue is proper in the District of Wyoming but denies the Plaintiffs state any claim upon which relief may be granted.

20.    In response to the allegations contained in paragraph 20 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant admits the United States District Court for the District of Wyoming

has jurisdiction, but denies the Plaintiffs state any claim upon which relief may be granted.

21.    In response to the allegations contained in paragraph 21 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

22.    In response to the allegations contained in paragraph 22 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

23.    In response to the allegations contained in paragraph 23 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

24.    In response to the allegations contained in paragraph 24 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required,

the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

25.    In response to the allegations contained in paragraph 25 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

## FACTUAL BACKGROUND

26.    In response to the allegations contained in paragraph 26 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

27.    In response to the allegations contained in paragraph 27 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

28.    In response to the allegations contained in paragraph 28 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

29.    In response to the allegations contained in paragraph 29 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

30.      In response to the allegations contained in paragraph 30 of the Plaintiffs' Complaint, the Defendant denies each and every allegation contained therein.

31.      In response to the allegations contained in paragraph 31 of the Plaintiffs' Complaint, the Defendant denies each and every allegation contained therein.

32.      In response to the allegations contained in paragraph 32 of the Plaintiffs' Complaint, the Defendant denies each and every allegation contained therein.

33.      In response to the allegations contained in paragraph 33 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

34.      In response to the allegations contained in paragraph 34 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

35.      In response to the allegations contained in paragraph 35 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

36.      In response to the allegations contained in paragraph 36 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

37.      In response to the allegations contained in paragraph 37 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

38.    In response to the allegations contained in paragraph 38 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

39.    In response to the allegations contained in paragraph 39 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

40.    In response to the allegations contained in paragraph 40 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

41.    In response to the allegations contained in paragraph 41 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

42.    In response to the allegations contained in paragraph 42 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

43.    In response to the allegations contained in paragraph 43 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

44.    In response to the allegations contained in paragraph 44 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

45.    In response to the allegations contained in paragraph 45 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

46.    In response to the allegations contained in paragraph 46 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

47.    In response to the allegations contained in paragraph 47 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

48.    In response to the allegations contained in paragraph 48 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

49.    In response to the allegations contained in paragraph 49 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

50.    In response to the allegations contained in paragraph 50 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

51.    In response to the allegations contained in paragraph 51 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

52.     In response to the allegations contained in paragraph 52 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

53.     In response to the allegations contained in paragraph 53 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

54.     In response to the allegations contained in paragraph 54 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

55.     In response to the allegations contained in paragraph 55 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

56.     In response to the allegations contained in paragraph 56 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

57.     In response to the allegations contained in paragraph 57 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

58.     In response to the allegations contained in paragraph 58 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

59.     In response to the allegations contained in paragraph 59 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

60.     In response to the allegations contained in paragraph 60 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

61.     In response to the allegations contained in paragraph 61 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

62.     In response to the allegations contained in paragraph 62 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

63.     In response to the allegations contained in paragraph 63 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

64.     In response to the allegations contained in paragraph 64 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

65.     In response to the allegations contained in paragraph 65 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

66.    In response to the allegations contained in paragraph 66 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

67.    In response to the allegations contained in paragraph 67 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

68.    In response to the allegations contained in paragraph 68 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

69.    In response to the allegations contained in paragraph 69 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

70.    In response to the allegations contained in paragraph 70 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

71.    In response to the allegations contained in paragraph 71 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

72.    In response to the allegations contained in paragraph 72 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

73.    In response to the allegations contained in paragraph 73 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

74.    In response to the allegations contained in paragraph 74 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

75.    In response to the allegations contained in paragraph 75 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

76.    In response to the allegations contained in paragraph 76 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

77.    In response to the allegations contained in paragraph 77 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

78.    In response to the allegations contained in paragraph 78 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

79.    In response to the allegations contained in paragraph 79 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

80.    In response to the allegations contained in paragraph 80 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

81.    In response to the allegations contained in paragraph 81 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

82.    In response to the allegations contained in paragraph 82 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

83.    In response to the allegations contained in paragraph 83 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

84.    In response to the allegations contained in paragraph 84 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

85.    In response to the allegations contained in paragraph 85 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

86.    In response to the allegations contained in paragraph 86 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

87.    In response to the allegations contained in paragraph 87 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

88.    In response to the allegations contained in paragraph 88 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

89.    In response to the allegations contained in paragraph 89 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

90.    In response to the allegations contained in paragraph 90 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

91.    In response to the allegations contained in paragraph 91 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

92.    In response to the allegations contained in paragraph 92 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

93.    In response to the allegations contained in paragraph 93 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

94.    In response to the allegations contained in paragraph 94 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

95.    In response to the allegations contained in paragraph 95 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

96.    In response to the allegations contained in paragraph 96 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

97.    In response to the allegations contained in paragraph 97 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

98.    In response to the allegations contained in paragraph 98 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

99.    In response to the allegations contained in paragraph 99 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

100.    In response to the allegations contained in paragraph 100 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

101.   In response to the allegations contained in paragraph 101 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

102.   In response to the allegations contained in paragraph 102 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

103.   In response to the allegations contained in paragraph 103 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

104.   In response to the allegations contained in paragraph 104 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

105.   In response to the allegations contained in paragraph 105 of the Plaintiffs' Complaint, the Defendant , the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

106.   In response to the allegations contained in paragraph 106 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein to the extent they are consistent with the bodycam, but denies all other allegations.

107.   In response to the allegations contained in paragraph 107 of the Plaintiffs' Complaint, the Defendant, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

108.    In response to the allegations contained in paragraph 108 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

109.    In response to the allegations contained in paragraph 109 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

110.    In response to the allegations contained in paragraph 110 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

111.    In response to the allegations contained in paragraph 111 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

112.    In response to the allegations contained in paragraph 112 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

## LEGAL STANDARDS

113.    In response to the allegations contained in paragraph 113 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

114.   In response to the allegations contained in paragraph 114 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

115.   In response to the allegations contained in paragraph 115 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

116.   In response to the allegations contained in paragraph 116 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

117.    In response to the allegations contained in paragraph 117 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

118.    In response to the allegations contained in paragraph 118 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

119. In response to the allegations contained in paragraph 119 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

120. In response to the allegations contained in paragraph 120 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

121. In response to the allegations contained in paragraph 121 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

122. In response to the allegations contained in paragraph 122 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

123. In response to the allegations contained in paragraph 123 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

124.    In response to the allegations contained in paragraph 124 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

125.    In response to the allegations contained in paragraph 125 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

126.    In response to the allegations contained in paragraph 126 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required. To the extent a response is required, the Defendant denies the applicability of each and every allegation contained therein.

## CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION

**VIOLATION OF CIVIL RIGHTS PURSAUNT TO 42 U.S.C. 1983
DELIBERATE INDIFFERENCE BY FAILURE TO TRAIN OR ACT
(AS TO THE THERMOPOLIS POLICE DEPARTMENT)**

127.    Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

128.    In response to the allegations contained in paragraph 128 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal

conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations.

129.   In response to the allegations contained in paragraph 129 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations.

130.   In response to the allegations contained in paragraph 130 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations.

131.    In response to the allegations contained in paragraph 131 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendants admit the allegations.

132.    In response to the allegations contained in paragraph 132 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations.

133.    In response to the allegations contained in paragraph 133 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

134.    In response to the allegations contained in paragraph 134 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

135.    In response to the allegations contained in paragraph 135 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

136.    In response to the allegations contained in paragraph 136 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

137.    In response to the allegations contained in paragraph 137 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

138.    In response to the allegations contained in paragraph 138 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

139.   In response to the allegations contained in paragraph 139 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

140.   In response to the allegations contained in paragraph 140 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

141.   In response to the allegations contained in paragraph 141 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

142.   In response to the allegations contained in paragraph 142 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

143.   In response to the allegations contained in paragraph 143 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of allegations contained therein.

144.    In response to the allegations contained in paragraph 144 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of allegations contained therein.

145.   In response to the allegations contained in paragraph 145 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of allegations contained therein.

146.   In response to the allegations contained in paragraph 146 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

147.   The Defendant denies the allegations contained in paragraph 147 of Plaintiffs' Complaint as it is an incomplete statement and Defendant avers that the report speaks for itself.

148.   In response to the allegations contained in paragraph 148 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

149.   In response to the allegations contained in paragraph 149 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

150.   In response to the allegations contained in paragraph 150 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

151. In response to the allegations contained in paragraph 151 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

152. In response to the allegations contained in paragraph 152 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

153. In response to the allegations contained in paragraph 153 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

154. In response to the allegations contained in paragraph 154 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

155. In response to the allegations contained in paragraph 155 of the Plaintiffs' Complaint, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

156. In response to the allegations contained in paragraph 156 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

157. In response to the allegations contained in paragraph 157 of the Plaintiffs' Complaint, the Defendant admits the allegations contained therein.

158. In response to the allegations contained in paragraph 158 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

159.    In response to the allegations contained in paragraph 159 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

160.    In response to the allegations contained in paragraph 160 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

161.    In response to the allegations contained in paragraph 161 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

162.    In response to the allegations contained in paragraph 162 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

163.    In response to the allegations contained in paragraph 163 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

164.    In response to the allegations contained in paragraph 164 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

165.    In response to the allegations contained in paragraph 165 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

166.    In response to the allegations contained in paragraph 166 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

167.    In response to the allegations contained in paragraph 167 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

168.    In response to the allegations contained in paragraph 168 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

169.  In response to the allegations contained in paragraph 169 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

## SECOND CAUSE OF ACTION

### VIOLATION OF CIVIL RIGHTS PURSAUNT TO 42 U.S.C. 1983
### OFFICIAL POLICY PRACTICE OR CUSTOM
### (AS TO THE DEFENDANT TOWN OF THERMOPOLIS POLICE DEPARTMENT)

170.  Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

171.  In response to the allegations contained in paragraph 171 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations.

172.  In response to the allegations contained in paragraph 172 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations contained therein.

173.  In response to the allegations contained in paragraph 173 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations contained therein.

174.   In response to the allegations contained in paragraph 174 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations contained therein.

175.   In response to the allegations contained in paragraph 175 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

176.   In response to the allegations contained in paragraph 176 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

177.   In response to the allegations contained in paragraph 177 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

178.   In response to the allegations contained in paragraph 178 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

179.   In response to the allegations contained in paragraph 179 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

180.   In response to the allegations contained in paragraph 180 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

181.   In response to the allegations contained in paragraph 181 of the Plaintiffs' Complaint, the Defendant denies the allegations contained therein.

## THIRD CAUSE OF ACTION

### VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 U.S.C. 1983

### FOURTH AMENDMENT UNREASONABLE ENTRY AND SEARCH OF THE LARAMORE HOME
### (AS TO DEFENDANT MICHAEL G. MASCORRO, INDIVIDUALLY)

182.    Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

183.    To the extent the allegations contained in paragraph 183 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required.  To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

184.    To the extent the allegations contained in paragraph 184 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required.  To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

185.    In response to the allegations contained in paragraph 185 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions and are not directed at this Defendant, and therefore no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations contained therein.

186.   In response to the allegations contained in paragraph 186 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions and are not directed at this Defendant, and therefore no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

187.   In response to the allegations contained in paragraph 187 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions and are not directed at this Defendant, and therefore, no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

188.   In response to the allegations contained in paragraph 188 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions and are not directed at this Defendant, and therefore no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

189.   In response to the allegations contained in paragraph 189 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions and are not directed at this Defendant, and therefore, no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

190.   In response to the allegations contained in paragraph 190 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

191.   In response to the allegations contained in paragraph 191 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

## FOURTH CAUSE OF ACTION

### VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 U.S.C. 1983
### EXCESSIVE FORCE
### (AS TO DEFENDANT MICHAEL G. MASCORRO, INDIVIDUALLY)

192.   Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

193.   To the extent the allegations contained in paragraph 193 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required.  To the extent a response is required, the Defendant is without sufficient knowledge or information to form a belief as to the allegations contained therein and therefore denies the same.

194.   To the extent the allegations contained in paragraph 194 of the Plaintiffs' Complaint are not directed at this Defendant and contain legal conclusion,

no response is required. To the extent a response is required, the Defendant denies the allegations contained therein.

195. To the extent the allegations contained in paragraph 195 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required. To the extent a response is required, the Defendant denies the allegations contained therein.

196. To the extent the allegations contained in paragraph 196 of the Plaintiffs' Complaint are not directed at this Defendant and contain legal conclusions, no response is required. To the extent a response is required, the Defendant denies the allegations contained therein.

197. To the extent the allegations contained in paragraph 197 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required. To the extent a response is required, the Defendant denies the allegations contained therein.

198. To the extent the allegations contained in paragraph 198 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required. To the extent a response is required, the Defendant denies the allegations contained therein.

## FIFTH CAUSE OF ACTION

### NEGLIGENCE – WRONGFUL DEATH

**(AS TO DEFENDANTS TOWN OF THERMOPOLIS POLICE DEPARTMENT AND MICHAEL G. MASCORRO)**

199.  Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

200.  In response to the allegations contained in paragraph 200 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations.

201.  In response to the allegations contained in paragraph 201 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant admits Michael G. Mascorro was acting within the scope of his duties.

202.  In response to the allegations contained in paragraph 202 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant admits the allegations but denies the duty was breached.

203.  The Defendant denies the allegations contained in paragraph 203 including all subparts therein.

204.  In response to the allegations contained in paragraph 204 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal

conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

205.  The Defendant denies the allegations contained in paragraph 205 including all subparts therein.

206.  The Defendant denies the allegations contained in paragraph 206.

207.  The Defendant denies the allegations contained in paragraph 207.

208.  The Defendant denies the allegations contained in paragraph 208.

209.  The Defendant denies the allegations contained in paragraph 209.

210.  The Defendant denies the allegations contained in paragraph 210.

211.  The Defendant denies the allegations contained in paragraph 211.

## SIXTH CAUSE OF ACTION

### NEGLIGENCE – DIRECT LIABILITY
### (AS TO DEFENDANTS TOWN OF THERMOPOLIS POLICE DEPARTMENT AND MICHAEL G. MASCORRO)

212.  Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

213.  In response to the allegations contained in paragraph 213 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations.

214.   In response to the allegations contained in paragraph 214 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations.

215.   In response to the allegations contained in paragraph 215 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant denies the allegations.

216.   In response to the allegations contained in paragraph 216 of the Plaintiffs' Complaint, the Defendant asserts that the paragraph contains legal conclusions to which no response is required.  To the extent a response is required, the Defendant admits the allegations, but denies that the duty was breached.

217.   Defendant denies the allegations contained in paragraph 217.

218.   Defendant denies the allegations contained in paragraph 218.

219.   Defendant denies the allegations contained in paragraph 219.

## SEVENTH CAUSE OF ACTION

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### (AS TO DEFENDANT MICHAEL G. MASCORRO, INDIVIDUALLY)

220.   Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

221.  To the extent the allegations contained in paragraph 221 of the Plaintiffs' Complaint are not directed at this Defendant and contain legal conclusions, no response is required.  To the extent a response is required, the Defendant denies the applicability of the allegations contained therein.

222.  To the extent the allegations contained in paragraph 222 of the Plaintiffs' Complaint are not directed at this Defendant and contain legal conclusions, no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

223.  To the extent the allegations contained in paragraph 223 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

224.  To the extent the allegations contained in paragraph 224 of the Plaintiffs' Complaint are not directed at this Defendant, no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

## EIGHTH COUSE OF ACTION

### RESPONDEAT SUPERIOR
### (AS TO DEFENDANT MICHAEL G. MASCORRO, INDIVIDUALLY)

225.  Defendant restates each of the following answers and responses asserted to all preceding paragraphs as if fully set forth herein.

226.   To the extent the allegations contained in paragraph 226 of the Plaintiffs' Complaint contain legal conclusions, no response is required.  To the extent a response is required, the Defendant denies the allegations contained therein.

### PRAYER FOR RELIEF & DAMAGES

Defendant avers that Plaintiffs are not entitled to any relief, and therefore, denies all of the paragraphs contained Plaintiffs' prayer for relief including, but not limited to, paragraphs one (1) through eight (8).

### JURY DEMAND

Defendant joins in Plaintiffs demand that all issues triable before jury be tried before a jury.

## AFFIRMATIVE DEFENSES

1.   This answering Defendant asserts that the Plaintiffs' Complaint fails in whole or in part to state a claim upon which relief can be granted.

2.   As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that the Plaintiff, by his conduct, is estopped by their conduct to assert any of the claims or causes of action asserted therein.

3.   As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that the Plaintiffs by their conduct have waived the right to assert any of the claims or causes of action asserted therein.

4.      As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that its conduct, or that of its employees, was not the proximate cause of any of the alleged damages allegedly suffered by the Plaintiffs.

5.      As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that no act or omission of the Defendant, or its employees, was malicious, willful, wanton, reckless or grossly negligent and, therefore, any award of punitive damages is barred.

6.      As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that any State law claims asserted by the Plaintiff are barred as a matter of fact and law by the Wyoming Governmental Claims Act.

7.      As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that the claims and causes of action set forth therein are barred as a matter of fact and law by the applicable statute of limitations.

8.      To the extent Plaintiffs' Amended Complaint is construed to assert any claims under State law, Defendant is immune from punitive or exemplary damages, interest, or awards of attorney's fees pursuant to Wyo. Stat. Ann. § 1-39-118(d).

9.      Defendants assert that Plaintiffs' claims for punitive damages violate the Eighth and Fourteenth Amendments to the United States Constitution and are barred as a matter of fact and law.

10.    As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that it is immune as a matter of fact and law.

11.    As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that the Plaintiffs may have failed to mitigate any damages the Plaintiff may have incurred or suffered as the result of any action or conduct by the Defendants.

12.    As a further and separate defense to the Plaintiffs' Complaint the Defendant asserts that the Town of Thermopolis Police Department is not a proper party to these proceedings.

13.    As a further and separate defense to the Plaintiffs' complaint, the Defendants assert that every action undertaken by the individual defendant was taken in good faith, and based upon good cause, legitimate reasons, and was consistent with and authorized by law, necessity, and privileged

14.    As a further and separate defense to the Plaintiffs' Complaint, the Defendant asserts that the Defendant's policies were not a moving force of any violation of any Plaintiffs' or anyone else's constitutional rights.

15.    Defendant reserves its right to amend these pleadings to assert any further or additional affirmative defenses that discovery in this case discloses.

**WHEREFORE**, Defendant respectfully request that the Plaintiffs' Complaint, and the claims for relief stated therein, be dismissed with prejudice,

Defendant be allowed its costs, including reasonable attorney fees, and for such other and further relief as the Court deems appropriate.

**DATED** this 14th day of July 2025.

/s/ Thomas W. Rumpke
Thomas W. Rumpke

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing with the Clerk of Court and served other parties by the following means on this 14th day of July, 2025:

Jack D. Edwards, 6-3877                                    [✓] CM/ECF
Kaden B. Canfield, 7-6238
EDWARDS LAW OFFICE, P.C.
jack@edwardslawofficepc.com
kaden@edwardslawofficepc.com


Branden S. Vilos, 6-4431                                   [✓] CM/ECF
Attorney at Law, P.C.
Phone: 307.213.1147


Kay Lynn Bestol, 5-2949                                    [✓] CM/ECF
Sundahl, Powers, Kapp & Martin, LLC
kbestol@spkm.org


*/s/ Elizabeth A. Harris*
Elizabeth A. Harris
Wyoming Local Government Liability Pool