

**FILED**

**4:41 pm, 4/23/26**

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

**DEBRA LARAMORE**, as Wrongful
Death Representative of **BUCK
MICHAEL LARAMORE** (deceased),
and **BRANDI LARAMORE**, an
Individual,

       Plaintiffs,

       vs.

       Case No.  25-CV-105-SWS

**TOWN OF THERMOPOLIS** a
Wyoming municipality, and **MICHAEL
GUERRERO MASCORRO**, an
individual,

       Defendants.

---

### ORDER VACATING INITIAL PRETRIAL ORDER

**THIS MATTER** comes before the Court on the above-captioned parties' *Stipulated Motion to Vacate Initial Pretrial Order and Set Scheduling Conference* ("*Motion*"). ECF No. 36. The parties request the Court vacate all pending dates in this matter so they may mediate without incurring more costs. Based upon the preceding, the Court finds there is good cause to **GRANT** the parties' *Motion*.

**IT IS HEREBY ORDERED** that all pending dates and deadlines contained in the Court's *Initial Pretrial Order* are **VACATED**.

**IT IS FURTHER ORDERED** that this matter will be reset for a scheduling conference pending the result of the mediation set for May 27, 2026.

2

Dated this 23rd day of April, 2026.

Scott P. Klosterman
United States Magistrate Judge

2