Thomas W. Rumpke [Wyo. State Bar No.6-2974]
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1911
(307) 638-6211 Facsimile
trumpke@lglp.net

Attorney for Defendant Town of Thermopolis

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| DEBRA LARAMORE, as Wrongful Death Representative of BUCK MICHAEL LARAMORE (deceased), and BRANDI LARAMORE, an Individual, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil No.: 1:25-cv-00105-SWS |
| TOWN OF THERMOPOLIS and MICHAEL GUERRERO MASCORRO, an individual, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CONTINUING ACTION

**COMES NOW,** the Town of Thermopolis and submits the following Notice:

1.    On July 23, 2026, this Court issued its *Order Following Informal Conference Regarding Settlement Agreement*.

2.      In that Order, the Court required the parties to "promptly finalize the Settlement Agreement consistent with this Order and submit any necessary dismissal documents upon its execution on or before **Monday, July 27, 2026**."  (emphasis original).

3.      The parties are still diligently circulating the settlement agreement with the Court ordered additions for signatures.  Per the Court's Order, Ms. Mascorro has signed the agreement, but undersigned is waiting on Plaintiffs' signatures.

4.      In addition, the Wyoming Local Government Liability Pool (LGLP) is in the process of getting a settlement check executed by the appropriate signatories.

**WHEREFORE,** undersigned represents that the parties will not be able to comply with the Court's Order, but undersigned counsel will continue to make all efforts to comply with the Court's July 23, 2026 Order before July 31, 2026.

Dated this 27th day of July 2026.

*/s/ Thomas W. Rumpke*
Thomas W. Rumpke

2

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served the foregoing by the following means on this 27th day of July 2026:

| | |
|---|---|
| Jack D. Edwards | [✓] CM/ECF |
| Kaden B. Canfield | |
| EDWARDS LAW OFFICE, P.C. | |
| jack@edwardslawofficepc.com | |
| kaden@edwardslawofficepc.com | |
| | |
| Branden S. Vilos | [✓] CM/ECF |
| Attorney at Law, P.C. | |
| branden@viloslaw.com | |
| | |
| Kay Lynn Bestol | [✓] CM/ECF |
| Sundahl, Powers, Kapp & Martin, LLC | |
| kbestol@spkm.org | |

/s/ MaryBeth Oatsvall
MaryBeth Oatsvall
Wyoming Local Government Liability Pool

3