Thomas W. Rumpke [Wyo. State Bar No.6-2974]
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1911
(307) 638-6211 Facsimile
trumpke@lglp.net

Attorney for Defendant Town of Thermopolis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DEBRA LARAMORE, as Wrongful ) <br> Death Representative of BUCK ) <br> MICHAEL LARAMORE (deceased), ) <br> And BRANDI LARAMORE, an ) <br> Individual, ) <br> ) <br>      Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TOWN OF THERMOPOLIS ) <br> POLICE DEPARTMENT, ) <br> and MICHAEL GUERRERO ) <br> MASCORRO, an individual, ) <br> ) <br>     Defendants. ) | Civil No.: 25-CV-00105-SWS |

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

**COME NOW,** the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and hereby stipulate to the dismissal of all claims against the Town of Thermopolis and Mike Mascorro, with prejudice.  All parties shall bear their own costs.

Dated this 31st day of July 2026.


/s/ Thomas W. Rumpke
Thomas W. Rumpke
Attorney for Town of Thermopolis

/s/ Kay Lynn Bestol
Kay Lynn Bestol
Attorney for Michael Mascorro


/s/ Jack D. Edwards
Jack D. Edwards
Attorney for Plaintiffs Debra
Laramore and Brandi Laramore

/s/ Kaden B. Canfield
Kaden B. Canfield
Attorney for the Plaintiffs
Debra Laramore and Brandi Laramore


/s/ Branden S. Vilos
Branden S. Vilos
Attorney for Plaintiffs Debra
Laramore and Brandi Laramore


2

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically served the foregoing by the following means on this 31st day of July 2026:

Jack D. Edwards                                              [✓] CM/ECF
Kaden B. Canfield
EDWARDS LAW OFFICE, P.C.
jack@edwardslawofficepc.com
kaden@edwardslawofficepc.com


Branden S. Vilos                                            [✓] CM/ECF
Attorney at Law, P.C.
branden@viloslaw.com


Kay Lynn Bestol                                             [✓] CM/ECF
Sundahl, Powers, Kapp & Martin, LLC
kbestol@spkm.org


                              /s/ MaryBeth Oatsvall
                              MaryBeth Oatsvall
                              Wyoming Local Government Liability Pool

3